IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUSTIN SLAUGHTER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL SECURITY AGENCY and | : | |
| CENTRAL INTELLIGENCE AGENCY, | : | No. 15-5047 |
| Defendants. | : | |

### ORDER

AND NOW, this **16th** day of **November**, **2015**, upon consideration of Defendants' Motion to Dismiss, Plaintiff's response thereto, Plaintiff's motion for leave to amend the complaint and Defendants' reply thereon, it is hereby **ORDERED** that:

1. Defendants' motion to dismiss (Document No. 5) is **GRANTED.**

2. The complaint is **DISMISSED with prejudice**.

3. Plaintiff's motion for leave to amend the complaint (Document No. 6) is **DENIED**.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**